IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 319-003-02 |
| | * | |
| LAKESIA L. HARDEN | * | |

O R D E R

Defendant Lakesia Harden has filed a motion to reduce her sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 821 to the United States Sentencing Guidelines. The Court notes that Defendant provides no argument as to why she believes she is entitled to a reduction; she does not even state what aspect of Amendment 821 applies to her case.

The Court, however, is presently undertaking a review of cases to which Amendment 821 may apply. While the effective date of this amendment is November 1, 2023, a district court may not order retroactive application of Amendment 821 until February 1, 2024, or later, allowing for the necessary and considerable case review. The Court will not entertain motions initiated by federal defendants until after this time for review has passed. For this reason, the Government's motion to dismiss Defendant's motion for reduction of sentence (doc. no. 193) is **GRANTED**. Defendant's motion is therefore **DISMISSED WITHOUT PREJUDICE**. If Defendant is eligible for a sentence reduction upon retroactive application of

Amendment 821, the Court will consider whether a reduction is appropriate *sua sponte*.

**ORDER ENTERED** at Augusta, Georgia this \_\_11\_\_ day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE