IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 319-003-2 |
| | * | |
| LAKESIA L. HARDEN | * | |

# O R D E R

Presently before the Court are two motions filed by Defendant Lakesia L. Harden, both seeking a reduction in sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 821 to the United States Sentencing Guidelines. Specifically, Defendant points out that she is a "zero-point offender" and is therefore entitled to a retroactive decrease in her offense level. This decrease, however, is not available to offenders who possessed a fireman in connection with her offense of conviction. See U.S.S.G. § 4C1.1(a)(7). In this case, Defendant's base offense level for her drug-related conviction was increased by two points because she possessed a firearm in connection with illegal drugs. Thus, while it is true that Defendant was not assessed any criminal history points under the Guidelines, she is not eligible for relief under U.S.S.G. § 4C1.1 as amended by Amendment 821. Her motions for sentence reduction (doc. nos. 200 & 203) are **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 11th day of March, 2025.

UNITED STATES DISTRICT JUDGE